

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>D-1 CHRISTIAN OGUNGHIDE,<br><br>    Defendant.<br>_____/ | Case: 2:22-cr-20323<br>Judge: Drain, Gershwin A.<br>MJ: Grand, David R.<br>Filed: 06-24-2022 At 09:41 AM<br>Sealed Matter (jo)<br><br>VIOLATION:<br>18 U.S.C. § 1957 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNTS ONE THROUGH SIX
(18 U.S.C. § 1957 – Monetary Transactions in Property Derived from Specified Unlawful Activity)

D-1 CHRISTIAN OGUNGHIDE

On or about the dates set forth below, in the Eastern District of Michigan, and elsewhere, defendant CHRISTIAN OGUNGHIDE, as named below in each Count One through Six, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, in or affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the deposit, withdrawal, transfer, or exchange of U.S.

1

currency, funds, or monetary instruments, such property having been derived from a specified unlawful activity, that is, Fraud by Wire, in violation of Title 18, United States Code, Section 1343. Each of the financial transactions listed in the table below constitutes a separate count of this Indictment:

| Count | Defendant | Date | Amount | Monetary Source | Payee/Description |
|---|---|---|---|---|---|
| 1 | Christian Ogunghide | 6/26/17 | $250,000 | U.S. Currency | Linyi Jinhu Color Coating Aluminum (Bank of China Limited) |
| 2 | Christian Ogunghide | 6/29/17 | $100,000 | U.S. Currency | Shaoxing Shangyu Longking Imp Co. (Agricultural Bank of China Limited) |
| 3 | Christian Ogunghide | 6/29/17 | $47,625 | U.S. Currency | C-Links Auto Sales (Fidelity Bank) |
| 4 | Christian Ogunghide | 7/7/17 | $285,000 | U.S. Currency | Flawless by Abby LLC (Central Bank of the Ozarks) |
| 5 | Christian Ogunghide | 7/11/17 | $178,000 | U.S. Currency | Shaoxing Shangyu Longking Imp Co. (Agricultural Bank of China Limited) |
| 6 | Christian Ogunghide | 10/7/21 | $447,166.42 | U.S. Currency | Weissman PC (Synovus Bank) |

All in violation of Title 18, United States Code, Sections 1957 and 2.

## FORFEITURE ALLEGATIONS
(18 U.S.C. § 982(a)(1)
- Criminal Forfeiture)

The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1957, the defendant, CHRISTIAN OGUNGHIDE, shall forfeit to the United States of America any property, real or personal, involved in the offenses, and any property traceable to such property. The United States intends to seek a forfeiture money judgment. The property to be forfeited also includes, but is not limited to, the real property located at 3350 Howell Street, Duluth, Georgia.

**Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), defendant shall forfeit substitute property, up to the value of the property described above, if, as a result of any act or omission of any defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court;

has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/John K. Neal*
JOHN K. NEAL
Chief, White Collar Crime Unit
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226

*s/Patrick E. Corbett*
PATRICK E. CORBETT [P41182]
Assistant United States Attorney
211 West Fort Street, Ste 2001
Detroit, MI 48226
(313) 226-9703
email: patrick.corbett@usdoj.gov

*s/Adriana N. Dydell*
ADRIANA N. DYDELL [CA 239516]
Assistant United States Attorney
211 West Fort Street, Ste 2001
Detroit, MI 48226
(313) 226-9125
email: adriana.dydell@usdoj.gov

Dated: June 23, 2022

| (Companion Case information MUST be completed by AUSA and initialed.) |
|---|

| United States District Court<br>Eastern District of Michigan | **Criminal Case C**( | Case:2:22-cr-20323<br>Judge: Drain, Gershwin A.<br>MJ: Grand, David R. |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co|  Filed: 06-24-2022 At 09:41 AM
Sealed Matter (jo)

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: P.E.C   *P.E.C.* |

**Case Title:** USA v. D-1 Christian Ogunghide

**County where offense occurred :** Oakland

**Check One:**   ☒ Felony         ☐ Misdemeanor         ☐ Petty

✔ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 23, 2022
        Date

Patrick E. Corbett
Patrick E. Corbett
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:
Fax:
E-Mail address:
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.